# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA



ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER, dba KNEELAND ENGINEERING, dba FOGGY.NET

v.

RICHARD RAUSCH, MARK THEIS, AND KIRK WHITING, individually and fictitiously doing business as FIND A QUOTE, and DOES ONE through FIFTY, inclusive,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CV 08 3186

TO: (Name and address of defendant)

RICHARD RAUSCH, 636 NW 39TH AVENUE, DEERFIELD BEACH, FL 33442-7343

MARK THEIS, 5 AVENTINE, ALISO VIEJO, CA 92656

KIRK WHITING, 1012 OAK CANYON LANE, GLENDORA, CA 91741-2256

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JASON K. SINGLETON
RICHARD E. GRABOWSKI
SINGLETON LAW GROUP
611 "L" STREET, SUITE "A"
EUREKA, CA 95501
(707) 441-1177

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

JUL - 2 2008

DATE_____

## ANNA SPRINKLES

_____
(BY) DEPUTY CLERK