UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASIS INTERNET SERVICES, et al.,

     Plaintiffs,

     v.

RICHARD RAUSCH, et al.,

     Defendants.
_____/

No. 08-03186 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Initial Case Management Conference scheduled for October 7, 2008 at 3:00 p.m. has been **reset to 10:00 a.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco.

Dated: July 15, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____*Lili M. Harrell*_____
Lili M. Harrell
Courtroom Deputy

**United States District Court**
For the Northern District of California