BENNET G. KELLEY (SB #177001)
Internet Law Center
100 Wilshire Blvd, Suite 950
Santa Monica, CA 90401
Telephone: (310) 452-0401
Facsimile (702) 924-8749

Attorneys for Defendant Richard Rausch

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES et al.<br><br>Plaintiffs<br><br>v.<br><br>RICHARD RAUSCH, et al.<br><br>Defendants | CASE NO. CV08-3186 (EDL)<br><br>**STIPULATION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Hon. Elizabeth D. Laporte<br><br>Complaint Filed: July 2, 2008<br>Trial Date: Not Set |

1. WHEREAS, Plaintiff ASIS Internet Services ("ASIS") filed its Complaint in this action or about July 2, 2008 and said Complaint was served on Defendant Richard Rausch ("Rausch") on or about July 9, 2008;

2. WHEREAS, ASIS and Rausch have agreed to extend the time in which Rausch must file his initial responsive pleading to August 29, 2008; and

3. WHEREAS, the agreed upon extension will not affect the October 7, 2008 Case Management Conference or any other deadlines set by this Court.

4. IT IS HEREBY STIPULATED AND AGREED that the time by which Rausch must file his initial responsive pleading in this action is extended until August 29, 2008.

IT IS SO STIPULATED:

INTERNET LAW CENTER                    SINGLETON LAW GROUP


*Bennet G. Kelley*                      /s/ Jason K. Singleton
Bennet G. Kelley                        Jason K. Singleton
Attorney for Richard Rausch             Attorney for ASIS Internet Services
July 22, 2008                           July 25, 2008