IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES,<br><br>   Plaintiff,<br><br>   v.<br><br>RICHARD RAUSCH, et al.,<br><br>   Defendants._____ / | No. C-08-03186 EDL<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

On January 12, 2009, Plaintiffs filed a request for a 60-day continuance of the January 20, 2009 Case Management Conference. A somewhat shorter continuance is appropriate. Therefore, good cause appearing, the Case Management Conference is continued to March 17, 2009 at 10:00 a.m. A case management conference statement shall be filed no later than March 10, 2009.

**IT IS SO ORDERED.**

Dated: January 15, 2009

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge