JASON K. SINGLETON, CSB#166170
RICHARD E. GRABOWSKI, CSB#236207
SINGLETON LAW GROUP
611 "L" STREET, SUITE "A"
EUREKA, CA 95501
(707) 441-1177
 FAX: 441-1533

Attorneys for Plaintiff, ASIS INTERNET SERVICES and JOEL HOUSEHOLTER, dba KNEELAND ENGINEERING, dba FOGGY.NET

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| ASIS INTERNET SERVICES, et al.,<br>Plaintiff(s),<br>v.<br>RICHARD RAUSCH, et al.,<br>Defendant(s). | CASE NUMBER<br><br>C-08-3186 EDL<br><br>NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT RULE 41(a) OR (c) F.R.Civ.P. |
|---|---|

PLEASE TAKE NOTICE: (Check one)

☐   This action is dismissed by the Plaintiff (s) in its entirety.

☐   The Counterclaim brought by Claimant (s) _____ is dismissed by Claimant (s) in its entirety.

☐   The Cross-Claim brought by Claimant (s) _____ is Dismissed by the Claimant (s) in its entirety.

☐   The Third-party Claim brought by Claimant (s) _____ is Dismissed by the Claimant (s) in its entirety.

■   ONLY Defendant     **MARK THEIS**                                           is (are) dismissed WITHOUT PREJUDICE from

(Circle one)       **Complaint**, Counterclaim, Cross-claim, Third Party Claim

brought by     PLAINTIFFS                                         .

The dismissal is made pursuant to Rule 41 (a)  or  (c) of the Federal Rules of Civil Procedure.

DATED:     March 2, 2009            /s/ Jason K. Singleton
                                    Signature of Attorney/Party

NOTE: F.R.Civ.P. 41(a): THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE BY THE ADVERSE PARTY OF AN ANSWER OR OF A MOTION FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.

F.R.Civ.P. 41(c):  COUNTERCLAIMS, CROSS-CLAIMS & THIRD-PARTY CLAIMS MAY BE DISMISSED BEFORE SERVICE OF A RESPONSIVE PLEADING OR PRIOR TO THE BEGINNING OF TRIAL.

CV-9  (7/01)      NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P.  41 (a)  or  (c)