IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, et al., | No. C-08-03186 EDL |
| Plaintiffs, | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| v. | |
| RICHARD RAUSCH, et al., | |
| Defendants. | |

The Court held a Case Management Conference on March 17, 2009. As stated at the conference, Plaintiffs shall file the proof of service relating to Defendant Edward Heckerson no later than March 23, 2009. Plaintiffs shall move for default judgment as to all defaulting Defendants no later than thirty days after the clerk's notice of entry or declination of default as to Defendant Heckerson.

**IT IS SO ORDERED.**

Dated: March 17, 2009

ELIZABETH D. LAPORTE
United States Magistrate Judge