Thomas C. Cook, Esq.
State Bar No. 168570
THE LAW OFFICES OF THOMAS C. COOK
500 N. Rainbow Blvd., Suite 300
Las Vegas, NV 89107
(702) 221-1925
Attorney for Defendant Edward Heckerson

Jason K. Singleton, State Bar #166170
jason@singletonlawgroup.com
Richard E. Grabowski, State Bar #236207
rgrabowski@mckinleyville.net
SINGLETON LAW GROUP
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177 / FAX  441-1533

Attorneys for Plaintiffs, ASIS INTERNET SERVICES
and JOEL HOUSEHOLTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER, dba KNEELAND ENGINEERING, dba FOGGY.NET,<br><br>    Plaintiff,<br>vs.<br><br>RICHARD RAUSCH, MARK THEIS, AND KIRK WHITING, EDWARD HECKERSON, individually and fictitiously doing business as FIND A QUOTE,<br><br>    Defendants. | Case No.  C-08-3186 EDL<br><br>STIPULATION AND ORDER TO SET ASIDE DEFAULT AGAINST EDWARD HECKERSON |
|---|---|

Pursuant to FRCivP 16(d), the parties stipulate, and the Court hereby orders, as follows:

1. The Default, and any Default Judgment, which has been entered against Defendant Edward Heckerson shall be set aside.

2. Defendant Edward Heckerson shall answer the Complaint in this action no later than twenty (20) days from the date of entry of this Stipulation and Order.

///

DATED: July 2, 2009

\_/s/ Richard E. Grabowski_____
Jason K. Singleton, Esq.
State Bar No 166170
Richard E. Grabowski, Esq.
611 "L" Street, Suite A
Eureka, CA 95501
Attorneys for Plaintiffs

\_/s/ Thomas C. Cook_____
Thomas C. Cook, Esq.
State Bar No. 168570
500 N. Rainbow Blvd., Suite 300
Las Vegas, NV 89107
Attorney for Defendant Edward Heckerson

The foregoing stipulation is approved and is so ordered.

Dated: July 9, 2009

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*