IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD RAUSCH, et al.,<br><br>Defendants._____/ | No. C-08-03186 EDL<br><br>**ORDER FOLLOWING FURTHER CASE MANAGEMENT CONFERENCE** |

At the Further Case Management Conference on September 1, 2009, the Court ordered as follows:

1. Defendant Heckerson shall file his answer to Plaintiff's complaint no later than September 2, 2009.

2. Defense counsel stated that he also represented Defendant Whiting, who consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636(c). No later than September 2, 2009, counsel shall enter an appearance for Defendant Whiting and shall file his consent form.

3. Defense counsel shall file the stipulation to set aside entry of default against Defendant Whiting no later than September 2, 2009.

4. The parties shall meet and confer regarding a proposed pretrial and trial schedule and shall file a stipulated proposed schedule no later than September 8, 2009.

5. The parties shall meet and confer regarding a stipulated protective order, and shall file a stipulated proposed protective order no later than September 8, 2009.

//
//

6. Initial disclosures shall be made no later than September 15, 2009.

**IT IS SO ORDERED.**

Dated: September 1, 2009

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

**United States District Court**
For the Northern District of California