Jason K. Singleton, State Bar #166170
jason@singletonlawgroup.com
Richard E. Grabowski, State Bar #236207
rgrabowski@mckinleyville.net
SINGLETON LAW GROUP
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177 / FAX  441-1533
Attorneys for Plaintiffs, ASIS INTERNET SERVICES
and JOEL HOUSEHOLTER

Thomas C. Cook, Esq.
State Bar No. 168570
THE LAW OFFICES OF THOMAS C. COOK
500 N. Rainbow Blvd., Suite 300
Las Vegas, NV 89107
(702) 221-1925
Attorney for Defendants Edward Heckerson
and Kirk Whiting

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER, dba KNEELAND ENGINEERING, dba FOGGY.NET<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RICHARD RAUSCH, MARK THEIS, AND KIRK WHITING, EDWARD HECKERSON, individually and fictitiously doing business as FIND A QUOTE,<br><br>　　　　Defendants. | Case No.  C-08-3186 EDL<br><br>STIPULATION AND ORDER TO SET ASIDE DEFAULT AGAINST KIRK WHITING |

Pursuant to FRCivP 16(d), the parties stipulate, and the Court hereby orders, as follows:

1.　The Default, and any Default Judgment, which has been entered against Defendant KIRK WHITING shall be set aside.

2.　Defendant KIRK WHITING shall answer the Complaint in this action no later than twenty (20) days from the date of entry of this Stipulation and Order.

///

///

///

Stipulation and Order to Set Aside Default of Whiting　　　　-1-　　　　C-08-3186 EDL

| | |
|---|---|
| DATED: September 2, 2009 | DATED: September 2, 2009 |
| SINGLETON LAW GROUP | THE LAW OFFICES OF THOMAS C. COOK |

  /s/ Jason K. Singleton                       /s/ Thomas C. Cook
Jason K. Singleton, Esq.                     Thomas C. Cook, Esq.
Richard E. Grabowski, Esq.                Attorney for Defendants
Attorneys for Plaintiffs

ORDER

The foregoing stipulation is approved and is so ordered.

Dated: September 3, 2009

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

IT IS SO ORDERED
Judge Elizabeth D. Laporte