IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES,<br><br>    Plaintiff,<br><br>  v.<br><br>RICHARD RAUSCH,<br><br>    Defendant.<br>_____/ | No. C-08-03186 EDL<br><br>**ORDER CONTINUING HEARING DATE FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

On October 30, 2009, Plaintiff filed a Motion for Summary Judgment against Defendant Edward Heckerson, which was set for hearing on December 22, 2009. Defendant Heckerson failed to oppose the Motion, which according to the proof of service, was served on counsel on October 30, 2009. However, Defendant Heckerson's counsel told the Court's Courtroom Deputy that he did not receive the Motion for Summary Judgment (apparently due to his failure to register as an ECF user). In order to decide this matter on a complete record, the Court vacates the December 22, 2009 hearing date and continues the hearing to January 19, 2010 at 2:00 p.m. Defendant Heckerson shall file an opposition no later than December 29, 2009. Plaintiff may file a reply no later than January 7, 2010.

This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45. General Order 45 provides at Section III that cases assigned to judges who participate in the e-filing program "shall be presumptively designated" as e-filing cases. General Order 45 also provides at Section IV (A) that: "Each attorney of record is obligated to become an ECF User and be

assigned a user ID and password for access to the system upon designation of the action as being subject to ECF." Defendant Heckerson's counsel must register as an ECF user immediately. Forms and instructions for registering can be found on the Court's Web site at ecf.cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: December 11, 2009

ELIZABETH D. LAPORTE
United States Magistrate Judge