UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


ASIS INTERNET SERVICES et al,

          Plaintiff,

  v.

RICHARD RAUSCH et al,

          Defendant.

_____/

Case Number: CV08-03186 EDL

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 22, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Thomas Christophe Cook
The Law Offices Of Thomas C. Cook
500 N. Rainbow Boulevard, Suite 300
Las Vegas, NV 89107

Dated: January 22, 2010

Richard W. Wieking, Clerk

By: Lili M. Harrell, Deputy Clerk