IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASIS INTERNET SERVICES,

    Plaintiff,

    v.

RICHARD RAUSCH,

    Defendants.

No. 08-03186 EDL

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

On March 18, 2010, Plaintiff's counsel filed a request to appear telephonically at the motion hearing set for March 30, 2010 at 9:00 a.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Counsel shall stand by beginning at the date and time above until called by the Court. No later than two Court days prior, counsel shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance.

Dated: March 19, 2010

ELIZABETH D. LAPORTE
United States Magistrate Judge