In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

CIVIL MINUTES

Date: March 30, 2010

Case No:  **C-08-3186  EDL**

Case Name: **ASIS INTERNET SERVICES, et al v RICHARD RAUSCH, et al**

| | | |
|---|---|---|
| Attorneys: | Pltf: Jason Singleton (p) | Deft: No appearance |
| Deputy Clerk: | Lili M. Harrell/Susan Imbriani | Court Reporter: Kathy Wyatt (Time: 6 min) |

**PROCEEDINGS:**                                                                **RULING:**

1. Plaintiff's Motions
   - for Summary Judgment against Defendant Heckerson                           Granted
   - Severing of Action against Richard Rausch                                   Granted
   - for Dismissal of Defendant Kirk Whiting                                     Denied with leave to amend complaint

**ORDERED AFTER HEARING:** Plaintiff shall file supplemental briefing as stated on the record no later than 4/2/2010.

**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:**  for

**PRETRIAL SCHEDULE:**

Notes:
cc: