**United States District Court**
For the Northern District of California

1
2
3
4
5
6        IN THE UNITED STATES DISTRICT COURT
7
8        FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   ASIS INTERNET SERVICES, et al.,
11           Plaintiffs,                           No. 08-03186 EDL
12      v.                                         **JUDGMENT AS TO DEFENDANT EDWARD HECKERSON**
13   RICHARD RAUSCH, et al.,
14           Defendants.
15   _____/
16
17       This action came before the Court, Magistrate Judge Elizabeth D. Laporte presiding, and the issues have been duly heard and considered and a decision having been rendered,
18
19      IT IS ORDERED AND ADJUDGED that, pursuant to Federal Rule of Civil Procedure 54(b), there is no just reason for delay in entering judgment against Defendant Edward Heckerson. Plaintiffs' case against the other remaining Defendant in this case, Richard Rausch, has been severed from the action against Defendant Heckerson. Further, Mr. Rausch is in default and has filed for bankruptcy protection. Therefore, in accordance with the Court's Order of May 3, 2010, Plaintiffs' Motion for Summary Judgment against Defendant Heckerson is GRANTED.
20
21
22
23
24   **IT IS SO ORDERED.**
25   Dated: May 6, 2010
26                                                  *Elizabeth D. Laporte*
                                                    ELIZABETH D. LAPORTE
27                                                  United States Magistrate Judge
28