**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX  441-1533**

**Attorneys for Plaintiffs, ASIS INTERNET SERVICES and JOEL HOUSEHOLTER, dba KNEELAND ENGINEERING, dba FOGGY.NET**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation, and JOEL HOUSEHOLTER, dba KNEELAND ENGINEERING, dba FOGGY.NET<br><br>         Plaintiff,<br>vs.<br><br>RICHARD RAUSCH, EDWARD HECKERSON, individually and fictitiously doing business as FIND A QUOTE, and DOES ONE through FIFTY, inclusive,<br><br>         Defendants. | Case No.  C-08-3186 EDL<br><br>**PLAINTIFFS' NOTICE OF BANKRUPTCY OF DEFENDANT RICHARD RAUSCH** |

Attached hereto as Exhibit "A" is the United States Bankruptcy Court Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, Deadlines & Court's Confirmation Proceedings, and Exhibit "B", Order Determining Debtor's Compliance with Filing Requirements of §521(a)(1 in the matter of Debtor Richard Rausch, Case Number 09-31031-RBR, filed in the Southern District of Florida).

                                                       **SINGLETON LAW GROUP**

Dated:        May 7, 2010              /s/ Richard E. Grabowski
                                                  Jason K. Singleton
                                                  Richard E. Grabowski, Attorneys for Plaintiffs,
                                                  **ASIS INTERNET SERVICES and JOEL HOUSEHOLTER**

| FORM B9I (Chapter 13 Case) (12/1/08) | Case Number 09-31031-RBR |
|---|---|

## UNITED STATES BANKRUPTCY COURT
### Southern District of Florida
www.flsb.uscourts.gov

**Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, Deadlines, & Court's Confirmation Procedures**

A chapter 13 bankruptcy case concerning the debtor listed below was filed on 9/30/09. You may be a creditor of the debtor. This notice lists important deadlines. You may want to consult an attorney to protect your rights. All documents filed in the case may be accessed electronically via CM/ECF, including at the public access terminals in every clerk's office.
**NOTE:** The staff of the bankruptcy clerk's office cannot give legal advice.

**See Reverse Side For Important Explanations and SDFL Local Court Requirements.**

| Debtor(s) name(s) and address(es) (for names include married, maiden and trade used by the debtor(s) in the last 8 years): | |
|---|---|
| Richard Rausch<br>636 NW 39 Ave<br>Deerfield Beach, FL 33442 | Marilyn Rausch<br>636 NW 39 Ave<br>Deerfield Beach, FL 33442 |

| Case Number:<br>09-31031-RBR | Last four digits of Social-Security or Individual Taxpayer-ID (ITIN) No(s)./Complete EIN: |
|---|---|
| **Attorney for Debtor(s) (or Pro Se Debtor) name and address:**<br>Robert J. Bigge Jr. Esq<br>2101 N Andrews Ave #405<br>Wilton Manors, FL 33311<br>Telephone number: 954-565-5854 | **Bankruptcy Trustee (name and address):**<br>Robin R Weiner<br>www.ch13weiner.com<br>POB 559007<br>Fort Lauderdale, FL 33355<br>Telephone number: 954-382-2001 |

### MEETING OF CREDITORS
**Date:** December 1, 2009      **Time:** 09:00 AM
**Location:** U.S. Courthouse, 299 E Broward Blvd #411, Ft Lauderdale, FL 33301

NOTE: Debtors must bring original government-issued photo identification and proof of the social security number (or, if applicable, Tax ID) to this meeting.
**WARNING TO DEBTOR:** Debtors must commence plan payments within 30 days of filing the chapter 13 petition or conversion to chapter 13. Without further notice or hearing the court may dismiss your case for failure to timely pay filing fee installments, failure to appear at the meeting of creditors or failure to be current with plan payments at the time of the meeting of creditors, and for failure to file a pre-bankruptcy certification of credit counseling or file wage documentation. The case may also be dismissed or converted at the scheduled confirmation hearing if the court denies confirmation of the pending plan under 11 U.S.C. § 1325 and denies a request made for additional time for filing another plan or a modification of a plan.

### CONFIRMATION HEARING ON CONTESTED PLAN:
**Date:** January 14, 2010      **Time:** 09:00 AM
**Location:** U.S. Courthouse, 299 E Broward Blvd #308, Ft Lauderdale, FL 33301
NOTE: Confirmation may occur at an earlier date. Please read the reverse side regarding important objection deadlines.

### Deadlines:
Documents submitted for filing must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit): 3/1/10 . For a governmental unit: 3/29/10 , or as provided by 11 USC §502(b)(9)
**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.
**Deadline to Object to Exemptions:**
Thirty days after the *conclusion* of the meeting of creditors scheduled in this notice or within thirty days of any amendment to the list or supplemental schedules.
**Deadline to Object to Confirmation and Attorney Fee Claims:** See explanations on reverse.
**Deadline to File a Complaint to Determine Dischargeability of Certain Debts:** 2/1/10

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Address of the bankruptcy clerk's office where assigned judge is chambered:<br>Federal Building<br>299 E Broward Blvd, Room 112<br>Ft Lauderdale, FL 33301<br>Telephone: (954)769-5700 | |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:30 PM<br>Closed all Legal Holidays | Clerk of the Bankruptcy Court: Katherine Gould Feldman<br>For: Judge Raymond B Ray<br>Date: 10/1/09 |

EXHIBIT A

028631      7750402865901 6

CGFD65 (12/1/09)



ORDERED in the Southern District of Florida on January 19, 2010

Raymond B Ray
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 09-31031-RBR
Chapter: 13

In re: *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Richard Rausch
636 NW 39 Ave
Deerfield Beach, FL 33442

SSN: xxx-xx-6581

Marilyn Rausch
636 NW 39 Ave
Deerfield Beach, FL 33442

SSN: xxx-xx-7925

## ORDER DETERMINING DEBTOR'S COMPLIANCE WITH FILING REQUIREMENTS OF §521(a)(1)

Pursuant to 11 U.S.C. §521(i), if an individual debtor in a voluntary case under chapter 7 or 13 fails to file all of the information required under 11 U.S.C. §521(a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition.

*Page 1 of 2*

059400

5 2 0 0 5 0 5 9 4 5 9 0 1 5

The information required by 11 U.S.C. §521(a)(1) as provided by the debtor* in this case is complete to the satisfaction of the trustee and no creditor or other party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. §521(i)(2) as provided under Local Rule 1017-2(A)(2). Based upon the trustee's review, the court has determined that the debtor has complied with the information requirements of 11 U.S.C. §521(a)(1).

Accordingly, it is

**ORDERED:**

1. This case is not subject to automatic dismissal under 11 U.S.C. §521(i)(1) or (2).

2. If any creditor or other party in interest has any reason to contest the court's finding that the debtor has filed all information required by 11 U.S.C. §521(a)(1), that party shall file an objection not later than 21 days from the date of the entry of this Order, and serve such objection on the trustee, the United States Trustee, debtor, and debtor's counsel, if any. The objection should specifically identify the information and document(s) required by 11 U.S.C. §521(a)(1) that the debtor has failed to file.

3. Each creditor or other party in interest served with this Order who does not file an objection within the 21 day deadline set forth above has waived the right to file a motion to dismiss this bankruptcy case for the debtor's failure to comply with 11 U.S.C. §521(a)(1).

4. Nothing in this Order shall excuse the debtor's duty to cooperate with the United States Trustee and the trustee assigned to this case, and shall not prevent the United States Trustee or case trustee from requesting by any authorized means, including, but not limited to motion, that the debtor supply further information.

The clerk shall serve a copy of this order on all parties of record.

### ###

* All references to "debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

*Page 2 of 2*