**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASIS INTERNET SERVICES, et al.,

    Plaintiffs,

v.

RICHARD RAUSCH, et al.,

    Defendants.
_____/

No. 08-03186 EDL

**ADMINISTRATIVE CLOSURE**

    Defendant Richard Rausch having filed for protection under Chapter 13 of the Bankruptcy Code, and an automatic stay being in effect, there appears to be no reason at this time to maintain Plaintiffs' action against Defendant Rausch, which has been severed, as an open case for statistical purposes, and the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

    Nothing contained in this Order shall be considered a dismissal or disposition of this action against Defendant Rausch, and, should further proceedings against Defendant Rausch become necessary or desirable, any party may initiate it in the same manner as if this Order had not been entered.

**IT IS SO ORDERED.**

Dated: May 6, 2010

                                                    ELIZABETH D. LAPORTE
                                                  United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California